UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMAURI PEREZ-ESCOBAR, <br><br> Defendant. | CASE NO.: 24-CR-02676-WQH <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue is granted (ECF No. 15), and the Motion Hearing/Trial Setting set for February 3, 2025, is continued to March 3, 2025, at 9:00 a.m.

The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D) (pending motions) and 3161(h)(7) (ends of justice), for the reasons stated in the Joint Motion.

Dated: January 31, 2025

Hon. William Q. Hayes
United States District Court